

**DENIED**
Debtors may file a new case.

Jun 07, 2017

BARRY S. SCHERMER
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| Richard Niedling and | ) | |
| Paula Niedling | ) | |
|     Debtor | ) | 17-43886 |
| | ) | |
| | ) | Judge Schermer |

## MOTION TO REINSTATE CASE

Now comes the Debtors, Richard Niedling and Paula Niedling, through their attorney, Douglas M. Heagler, to present a Motion to Reinstate Case, and in support thereof state as follows:

1. That on December June 5, 2017, petitioners filed a petition for relief under chapter 13 of the U.S. Bankruptcy Code.

2. That on June 5, 2017, Debtors case was dismissed for failure to file a credit counseling certificate that was completed within 180 days of the filing of the present case.

3. The Debtors had completed and been issued a credit counseling certificate just a day prior to the filing of their case. However, Debtors, attorney mistakenly filed a previously issued certificate in the Debtors case.

4. The correct certificate of credit counseling has now been filed in this case, as a corrected PDF. The debtors have complied with all other requirements for their case to proceed

5. It would promote judicial economy to reinstate the Debtors case rather than require a new case to be filed. It is excusable neglect on the part of the Debtors' attorney that the incorrect PDF file was filed in the above case and the error has now been corrected.

WHEREFORE, Debtor's attorney, Douglas M. Heagler, hereby requests that this Honorable Court issue an order:

A. Reinstating the Chapter 13 case.

Respectfully Submitted,



<u>/s/ Douglas M. Heagler</u>
Douglas M. Heagler, #48952
901 Boones Lick
St. Charles, MO  63301
636 278 2778
Fax: 1 866 371 9155
dheagler@freshstartbk.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                )
                                      )        Chapter 7
   Richard Niedling and               )
   Paula Niedling                     )
          Debtor                      )        17-43886
                                      )
                                      )        Judge Schermer

## NOTICE OF FILING

To: Diana Daugherty, Chapter 13Trustee, P.O. Box 430908,St. Louis, MO 63143
Office of the U.S. Trustee, 111 S. 10th Street, 6th Fl, St. Louis, MO 63102

SEE ATTACHED LIST

Please take notice that on or before June 7, 2017 I caused the attached Motion to be filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of Missouri, Eastern Division, at 111 S. 10th St., St. Louis, MO

/s/ Douglas M. Heagler
Douglas M. Heagler, #48952
901 Boones Lick
St. Charles, MO 63301
636 278 2778
Fax: 1 866 371 9155
dheagler@freshstartbk.com